DARRYL A. STALLWORTH (SBN: 163719)
The Law Office of Darryl A. Stallworth,
A Professional Corporation
2355 Broadway, Suite 303
Oakland, CA 94612
Telephone: (510) 271-1900
Facsimile: (510) 271-1902

Attorney for Defendant
STEPHAN FLORIDA

The Law Office of Darryl A. Stallworth, a Professional Corporation
2355 Broadway, Suite 303, Oakland, California 94612
Tel. (510) 271-1900; Fax (510) 271-1902

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATE OF AMERICA,<br>Plaintiff,<br>vs.<br>STEPHAN A. FLORIDA,<br>Defendant. | Case No. 4:14-cr-00582-PJH-05<br>**STIPULATION TO RESCHEDULE BOND HEARING**<br>Date: 3/17/2015<br>Time: 9:30 a.m.<br>**Honorable Judge Kandis Westmore** |

TO THE ABOVE-ENTITLED COURT, AND UNITED STATES ATTORNEY OF THE NORTHERN DISTRICT OF CALIFORNIA – OAKLAND OFFICE:

PLEASE TAKE NOTICE that this matter is set for Bond on Tuesday, March 17, 2015 at 9:30 a.m. in the above-entitled Court. All parties Stipulate to continue the bond hearing to the next

The Law Office of Darryl A. Stallworth, a Professional Corporation
2355 Broadway, Suite 303, Oakland, California 94612
Tel. (510) 271-1900; Fax (510) 271-1902

convenient date for all parties in the above matter. The parties STIPULATE and request that the Bond hearing for March 17, 2015 at 9:30 a.m. for Defendant, Stephan A. Florida be vacated and continued to a future date to be determined.

Dated: March 16, 2015

/S/
MANISH KUMAR
Assistant United States Attorney

Dated: March 16, 2015

/S/
DARRYL A. STALLWORTH
Attorney for Defendant, STEPHAN A. FLORIDA

**SO ORDERED.**

Date: 3/16/15

HONORABLE KANDIS A. WESTMORE
UNITED STATES DISTRICT COURT

THE LAW OFFICE OF DARRYL A. STALLWORTH
A PROFESSIONAL CORPORATION
2355 Broadway, Suite 303, Oakland, California 94612
Tel. (510) 271-1900; Fax (510) 271-1902

**PROOF OF SERVICE**

I, the undersigned, declare that I am employed in the County of Alameda, State of California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 2355 Broadway, Suite 303, Oakland, California 94612.

On March 16, 2015 I served the within:

- **STIPULATION TO RESCHEDULE BOND HEARING**

[ ] VIA HAND DELIVERY by causing a true copy thereof, enclosed in a sealed envelope, to be delivered by hand to the address(es) shown below.

[ ] BY MAIL in the said cause by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Oakland, CA addressed as shown below.

[ ] BY FACSIMILE TRANSMISSION by transmitting a true copy thereof by facsimile transmission from the facsimile number (510) 271-1902 to the interested parties to said action at the facsimile number(s) shown below.

[ ] VIA OVERNIGHT DELIVERY by placing a true copy thereof, enclosed in a sealed envelope, with delivery charges fully paid, to be delivered via overnight delivery to the address(es) shown below.

[X] VIA EMAIL by e-mailing a copy of the motion and exhibits to co-counsel as follows:

Manish Kumar, United States Assistant Attorney
Office of the U.S. Attorney
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102
E-mail: Manish.Kumar@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 16th day of March of 2015 at Oakland, CA.

Claudia B. Rios