DARRYL A. STALLWORTH (SBN: 163719)
The Law Office of Darryl A. Stallworth
A Professional Corporation
2355 Broadway, Suite 303
Oakland, CA 94612
Telephone:    (510) 271-1900
Facsimile:     (510) 271-1902

Attorneys for Defendant, Stephan A. Florida

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHAN A. FLORIDA,<br><br>Defendant. | Case No. 14-CR-00582<br><br>**STIPULATION TO MODIFY BAIL RELEASE CONDITIONS** |

TO THE ABOVE-ENTITLED COURT, AND UNITED STATES ATTORNEY OF THE

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND OFFICE:

PLEASE TAKE NOTICE that all parties Stipulate to modify the bail release conditions for

Defendant Stephan A. Florida. The parties STIPULATE and to modify Defendant, STEPHAN A.

FLORIDA current bail release conditions to allow him to live with his sister Crystal Florida at her

place of residence located at 6 Youngs Court in San Francisco, California. Also, the parties

THE LAW OFFICE OF DARRYL A. STALLWORTH
A PROFESSIONAL CORPORATION
2355 Broadway, Suite 303, Oakland, California 94612
Tel. (510) 271-1900, Fax (510) 271-1902

1  STIPULATE that Defendant, Mr. Florida be allowed to visit with his Grandfather, who lives at

2  716 Bobcat Lane in Manteca, California, every-other Sunday for 2-4 hours.

3

4

5  Dated: June 2, 2015                                   /S/

6                                          MANISH KUMAR
                                           Assistant United States Attorney

7

8  Dated: June 2, 2015                                   /S/

9                                          JAIME CARRANZA
                                           Officer for Pre-Trial Services

10

11 Dated: June 2, 2015                                   /S/

12                                         DARRYL A. STALLWORTH
                                           Attorney for Defendant, STEPHAN A. FLORIDA

13

14 **SO ORDERED.**

15

16 Date:  6/15/15

17                                         HONORABLE KANDIS A. WESTMORE
                                           UNITED STATES DISTRICT COURT

18

19

20

21

22

23

24

25

26

27

28