DARRYL A. STALLWORTH (SBN: 163719)
The Law Office of Darryl A. Stallworth,
A Professional Corporation
2355 Broadway, Suite 303
Oakland, CA 94612
Telephone:    (510) 271-1900
Facsimile:    (510) 271-1902

Attorney for Defendant
STEPHAN FLORIDA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:14-cr-00582-KAW-05 |
| Plaintiff, | |
| vs. | **STIPULATION REGARDING VACATING AND RESCHEDULING OCTOBER 13, 2016 FORFEITURE OF PROPERTY HEARING** |
| STEPHAN A. FLORIDA, | |
| Defendant. | Date: September 21, 2016 |
| | **Honorable Judge Kandis A. Westmore** |
| | **Courtroom 4** |

TO THE ABOVE-ENTITLED COURT, AND UNITED STATES ATTORNEY OF THE NORTHERN DISTRICT OF CALIFORNIA – OAKLAND OFFICE:

PLEASE TAKE NOTICE that this matter is set for Motion for Forfeiture of Property on October 13, 2016 at 10:00 a.m. The parties STIPULATE to vacate the current Forfeiture Property hearing and

reschedule said hearing to Wednesday, December 14, 2016 at 10:00am. The parties further STIPULATE that the following Briefing Schedule be imposed: November 30, 2016 for Defense opposition and December 7, 2016 for the Government's reply.

Dated: September 21, 2016

/S/
MANISH KUMAR
Trial Attorney, Antitrust Division

Dated: September 21, 2016

/S/
DARRYL A. STALLWORTH
Attorney for Defendant, STEPHAN A. FLORIDA

**SO ORDERED.**

Date: 9/21/16

*Kandis Westmore*
HONORABLE KANDIS A. WESTMORE
UNITED STATES DISTRICT COURT